UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Search of )
48 Faxon Street, ) Case No. 18-mj-6105-MPK
Newton, Massachusetts )

## MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT

The United States of America respectfully moves this Court to unseal the search warrant, the search warrant application, and the supporting affidavit. In support of this motion, the government states that the public disclosure of these materials at this juncture would be appropriate.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Suzanne Sullivan Jacobus
Suzanne Sullivan Jacobus
Assistant U.S. Attorney

MOTION ALLOWED:

ROBERT B. COLLINGS
United States Magistrate Judge

Dated: 4/11/2018